# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina 

| | |
|---|---|
| BRANDY TOD, on behalf of herself and all others simu )<br>*Plaintiff* )<br>v. )<br>COLUMBUS REGIONAL HEALTH SYSTEM )<br>*Defendant* ) | Case No. 4:24-cv-138 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRANDY TODD, on behalf of herself and all others simulary situated .

Date: 09/30/24

*S Ranchor Harris (Sep 30, 2024 09:12 PDT)*
*Attorney's signature*

S. Ranchor Harris, III  21022
*Printed name and bar number*

1784 Heritage Center Drive
Suite 204-E
Wake Forest, NC 27587
*Address*

ranchor@ranchorharris.com
*E-mail address*

(919) 249-5006
*Telephone number*

(919) 589-4845
*FAX number*